| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| SECURIAN LIFE INSURANCE COMPANY, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| *versus* | | CASE NO. 1:17-CV-00353-MAC |
| ESTHER M. RAMSEY, KRISTINA R. ALLEN, CLARENCE ALLEN JR., VANESSA JOHNSON, | | |
| Defendants. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. The court has received and considered the report (Doc. No. 45) of the magistrate judge, who recommends discharging Interpleader-Plaintiff Securian Life Insurance Company (Securian) from the suit, awarding Securian's attorneys' fees once the Claimants' underlying dispute is resolved, and dismissing Defendants Kristina R. Allen and Clarence Allen, Jr. from the suit for failure to comply with a court order and prosecute their case under Federal Rule of Civil Procedure 41(b). No objections to the report have been filed, and the time for doing so has passed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 45) is **ADOPTED** and Securian's "Motion for Discharge and Attorneys' Fees" (Doc. No. 38) is **GRANTED**.

It is further **ORDERED** that Defendants Kristina R. Allen and Clarence Allen, Jr. are dismissed from the suit for failure to prosecute and failure to comply with a court order.

SIGNED at Beaumont, Texas, this 26th day of February, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE